# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**CHRISTOPHER LYNN SEE**                        **PLAINTIFF**

**V.**                    **CASE NO. 4:19-cv-00747 JM**

**LINGO**, *et al.*                               **DEFENDANTS**

## ORDER

Plaintiff Christopher Lynn See filed this *pro se* 42 U.S.C. § 1983 action against Hot Spring County, the Malvern Police Department, a Sergeant at the Hot Spring County Jail, and a Sergeant with the Malvern Police Department. (Doc. No. 2 at 1-2). Based on the facts alleged and the Defendants named, it appears that venue properly lies in the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1391(b). Accordingly, the Court finds that the interests of justice would best be served by transferring this case to the United States District Court for the Western District of Arkansas. 28 U.S.C. § 1406(a).[1]

The Clerk of the Court is directed to immediately transfer Plaintiff's entire case file to the United States District Court for the Western District of Arkansas.

IT IS SO ORDERED this 24th day of October, 2019.

_____
UNITED STATES DISTRICT JUDGE

---

[1] "The district court of a district in which is filed a case laying venue in the wrong division or district shall dismiss, or if it be in the interest of justice, transfer such case to any district or division in which it could have been brought." *Id.*